PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00099-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: May 20, 2024 |
| JESUS LOPEZ-ZEPEDA, | TIME: 9:00 am |
| Defendant. | COURT: Hon. William Q. Hayes |

## BACKGROUND

This case is set for sentencing on May 20, 2024. The parties request to continue sentencing to July 29, 2024.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 20, 2024.

2. The parties request to continue sentencing to July 29, 2024.

3. The parties are in receipt of new information that may impact Mr. Lopez-Zepeda's sentencing recommendation. The parties believe investigation of this information is necessary before the parties can proceed to sentencing.

1

| | |
|---|---|
| Dated: May 13, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| Dated: May 13, 2024 | /s/ DAVID TORRES<br>DAVID TORRES<br>Counsel for Defendant<br>JESUS LOPEZ-ZEPEDA |

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from May 20, 2024, to **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **May 14, 2024**        /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE