PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-99-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JESUS LOPEZ-ZEPEDA, | DATE: September 25, 2024<br>TIME: 2:00 pm<br>COURT: Hon. Linda Lopez |
| Defendant. | |

**BACKGROUND**

This case is set for sentencing on September 25, 2024. The parties request to continue sentencing to November 6, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 25, 2024.

2. The parties request to continue sentencing to November 6, 2024.

3. The Government received new sensitive discovery that the Government is in the process of making available to the defense via the terms of a protective order. Dkt. 100. The Government anticipates it will be available for the defense to review next week. Thus, the defense counsel has not had an opportunity to review the discovery and requires time to do as it may impact Mr. Lopez-Zepeda's

1

sentencing recommendation. After the defense counsel has time to review the discovery, the parties will require time to discuss how it impacts fair resolution of this case. Accordingly, the parties request to continue this sentencing until November 6, 2024.

    4.    The parties are requesting to continue this sentencing to allow for sufficient due diligence and investigation. The parties have accounted for scheduling conflicts in requesting this date.

Dated: September 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: September 16, 2024

/s/ DAVID TORRES
DAVID TORRES
Counsel for Defendant
JESUS LOPEZ-ZEPEDA

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from September 25, 2024, to **November 6, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **September 17, 2024**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2